NORMAN et al. v. KILGORE et al. (Circuit Court of Appeals, Fifth Circuit. February 24, 1903.) No. 1,196. Appeal from the Circuit Court of the United States for the Southern District of Georgia. N. E. Harris, Washington Dessau, Jos. Hansell Merrill, and Pope S. Hill, for appellants. John I. Hall and Olin J. Wimberly, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The bill shows an equity on the part of the complainant Kilgore, and the circuit court had jurisdiction to grant the injunction

pendente lite. Whether the injunction as granted was in all respects proper depends on the facts, which can only be established contradictorily, and we cannot fairly pass upon the matter at this time on the record as presented on this appeal. As the appellants are permitted to bond the injunction in the court below, no irreparable injury can result from remitting the questions raised on this appeal to final decree. See Carson v. Combe, 29 C. C. A. 660, 86 Fed. 202. The decree appealed from is affirmed. See 119 Fed. 1006.